**THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>vs.<br><br>DANEIL LEE EVENSON,<br><br>     Defendant. | CR-25-78-GF-BMM<br><br>**FINAL ORDER OF FORFEITURE** |

Before the Court is the United States' Motion for Final Order of Forfeiture pursuant to Fed. R. Crim. Pro. 32.2(c)(2) to forfeit, to the United States, the property identified below. Having reviewed the Motion, the Court FINDS the following:

1. The United States commenced forfeiture in this action pursuant to 18 U.S.C. § 924(d) for violation of 18 U.S.C. § 922(g)(1), to which a Jury found Defendant Daniel Lee Evenson ("Evenson") guilty.

2. The Court entered a Preliminary Order of Forfeiture (Doc. 54) on February 13, 2026, which forfeited Evenson's interest in the following property:

  a. Smith & Wesson, model SD9, 9mm caliber pistol, S/N: FBA0128; and

1

b.      Any associated accessories and ammunition, including 28 rounds of 9mm caliber ammunition.

3.      Published notice is complete, as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure 32.2(b)(6), and all known potentially interested parties were provided an opportunity to respond (Doc. 55). No claims have been made to the above-identified property and the time for doing so expired when published notice was complete.

4.      It appears there is cause to issue a Final Order of Forfeiture under 18 U.S.C. § 924(d) and Federal Rule Criminal Procedure 32.2(c)(2). Accordingly, **IT IS ORDERED** that:

1.      The United States' motion for Final Order of Forfeiture is **GRANTED**.

2.      The United States is directed to return the following firearm to its lawful owner, Z.L., when no longer needed as evidence and in accordance with governing law:

a.      Smith & Wesson, model SD9, 9mm caliber pistol, S/N: FBA0128.

3.      The following property is finally forfeited to the United States pursuant to 18 U.S.C. § 924(d), free from the claims of any other party:

2

       a.      Any associated accessories and ammunition, including 28 rounds of assorted 9mm caliber ammunition.

The United States has full and legal title to this forfeited property and may dispose of it in accordance with law.

DATED this 10th day of June, 2026.

_____
Brian Morris, Chief District Judge
United States District Court